UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PRINCESS BLANDING,

                              Plaintiff,

- against -

JEREMY KAUFMAN et al.,

                              Defendants.
-------------------------------------------------------------x

**ORDER**

No. 25-CV-4407 (CS)

      For the reasons discussed on the record at the pre-motion conference this morning, the case is dismissed without prejudice. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: September 17, 2025
       White Plains, New York

                                                *Cathy Seibel*
                                       CATHY SEIBEL, U.S.D.J.